**2013–0261.  Jontony v. Colegrove.**
Cuyahoga App. No. 98295, 2012-Ohio-5846. Discretionary appeal and cross-appeal not accepted.
  O'CONNOR, C.J., dissents and would accept the appeal on Proposition of Law Nos. III and IV.

KENNEDY, J., dissents and would accept the appeal on Proposition of Law Nos. I and IV. O'NEILL, J., dissents and would accept the appeal and cross-appeal.